

# Invoice

IntegroEnergy Group, Inc.
PO Box 382
Worthing, SD 57077
(605) 372-8024 Phone
877-538-5594 Fax

Bill To

SWI Energy, LLC
200 W 3rd St # 407
PO Box 249
Alton, IL 62002

| Date | Invoice # |
|---|---|
| 2/27/2009 | 1783 |

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 15 | Alton |

| Item | Qty | Description | Rate | Amount |
|---|---|---|---|---|
| Engineering |  | Consulting Service for February - Alton | 25,000.00 | 25,000.00 |
| Travel |  | 02/10/09: Pete Travel to Montreal-Baggage Fee - GIGI | 15.00 | 15.00 |
| Travel |  | 2/13/09: Pete Travel-return-Baggage Fee GIGI | 15.00 | 15.00 |
| Travel |  | 02/12/95: Pete Travel to New Richmond, cab to/ from St. Hubert airport -GIGI | 95.00 | 95.00 |
| Travel |  | 02/13/09: Pete Travel-return, cab to airport GIGI | 35.00 | 35.00 |
| Travel |  | 02/17/09: Pete Travel, Fagen Coordination Trip 300 miles @ $0.585 GIGI | 175.50 | 175.50 |
| Travel |  |  | 0.00 | 0.00 |
|  |  | Sales Tax | 6.00% | 0.00 |

|  |  |
|---|---|
| Total | $25,335.50 |

---

MAR 19 2009    1051

SWI ENERGY, LLC
200 W. THIRD STREET, STE. 407
ALTON, IL 62002
(618) 465-7277

MADE IN THE USA

LIBERTY BANK
ALTON, ILLINOIS
70-2541-810

3/17/2009

PAY TO THE ORDER OF  Integro Energy Group, Inc.    $ **25,335.50

Twenty-Five Thousand Three Hundred Thirty-Five and 50/100************************************************ DOLLARS

Integro Energy Group, Inc.
P.O. Box 382
Worthing, SD 57044

MEMO  1783

⑈001051⑈ ⑇081025415⑇ 001272660⑈

Signature: Peggy A. Stillwell

Exhibit 2, P1



**Integro Energy Group, INC**
PO Box 382
Worthing, SD 57077

# Statement

| Date |
|---|
| 3/31/2009 |

To:

SWI Energy, LLC
200 W 3rd St # 407
PO Box 249
Alton, IL 62002

| Amount Due | Amount Enc. |
|---|---|
| $25,052.40 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 02/28/2009 | Balance forward | | 51,645.40 |
| 03/09/2009 | PMT #1047. | -26,309.90 | 25,335.50 |
| 03/19/2009 | PMT #1051. | -25,335.50 | 0.00 |
| 03/31/2009 | INV #1792. | 25,052.40 | 25,052.40 |

1053

MADE IN THE USA

**SWI ENERGY, LLC**
200 W. THIRD STREET, STE. 407
ALTON, IL 62002
(618) 465-7277

LIBERTY BANK
ALTON, ILLINOIS
70-2541-810

4/28/2009

PAY TO THE ORDER OF    Integro Energy Group, Inc.    $ **25,052.40

Twenty-Five Thousand Fifty-Two and 40/100************************************************************************ DOLLARS

Integro Energy Group, Inc.
P.O. Box 382
Worthing, SD 57044

MEMO   Invoice 1792

⑆001053⑆ ⑈081025415⑈ 0012726601⑈

RECEIVED
MAY 01 2009

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 25,052.40 | 0.00 | 0.00 | 0.00 | 0.00 | $25,052.40 |

Exhibit 2, P2

# Statement

**IntegroEnergy**
PO Box 361
Worthing, SD 57077

| Date |
|---|
| 2/16/2010 |

IntegroEnergy Group, Inc.
PO Box 382
Worthing, SD 57077
1-605-372-8024 Phone
1-877-538-5594 Fax

*Transfer Customer from IEG to ISG* (handwritten)

To:
SWI Energy, LLC
200 W 3rd St # 407
PO Box 249
Alton, IL 62002

| | Amount Due | Amount Enc. |
|---|---|---|
| | $159,758.12 | |

*25,000 00* (handwritten)
*Bill March 1st* (handwritten)

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 06/10/2009 | PMT #1056. | -10,000.00 | 41,913.86 |
| 06/30/2009 | INV #1828. | 25,000.00 | 66,913.86 |
| | --- Engineering $25,000.00 | | |
| | --- Tax: Watertown Sales Tax @ 6.0% = | | |
| 07/24/2009 | PMT #1057. | -7,500.00 | 59,413.86 |
| 07/31/2009 | INV #1835. | 25,344.26 | 84,758.12 |
| | === *Reimb Group | | |
| | --- Dining with Louie and Yon, Negoti: | | |
| | --- travel from Montreal airport to hote | | |
| | --- Travel from Hotel to Airport in Mo | | |
| | --- Hotel Surcharge $9.95 | | |
| | === Total Reimbursable Expenses $3 | | |
| | --- Engineering $25,000.00 | | |
| | --- Tax: Watertown Sales Tax @ 6.0% = 0.00 | | |
| 08/31/2009 | INV #1856. | 25,000.00 | 109,758.12 |
| | --- Engineering $25,000.00 | | |
| | --- Tax: Watertown Sales Tax @ 6.0% = 0.00 | | |
| 09/30/2009 | INV #1868. | 25,000.00 | 134,758.12 |
| | --- Engineering $25,000.00 | | |
| | --- Tax: Watertown Sales Tax @ 6.0% = 0.00 | | |
| 10/30/2009 | INV #1888. | 25,000.00 | 159,758.12 |
| | --- Engineering $25,000.00 | | |
| | --- Tax: Watertown Sales Tax @ 6.0% = 0.00 | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 25,000.00 | 25,000.00 | 109,758.12 | $159,758.12 |

*Exhibit 2, P3* (handwritten)

RECEIVED
FEB 16 2010

| | | |
|---|---|---|
| **GREEN INVESTMENT GROUP, INC.**<br>P.O. BOX 249<br>ALTON, IL 62002 | LIBERTY BANK<br>ALTON, ILLINOIS<br>70-2541-810 | 3273<br>2/11/2010 |

PAY TO THE ORDER OF  IntegroEnergy                                            $ **50,000.00

Fifty Thousand and 00/100***************************************************************** DOLLARS

IntegroEnergy
P.O. Box 361
Worthing, SD 57077

MEMO  Past Due

_____
AUTHORIZED SIGNATURE

⑈003273⑈ ⑆081025415⑆ 0012730801⑈

Exhibit 2, P4.



**IntegroServices**
PO Box 382
Worthing, SD 57077

# Statement

Integro Services Group, Inc.

Phone: 1-605-372-8043
Fax: 1-801-761-4463

Date: 2/26/2010

**To:**
Green Investment Group, Inc.
PO Box 249
Alton, IL 62002

| Amount Due | Amount Enc. |
|---|---|
| $136,111.17 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 12/31/2009 | Balance forward | | 0.00 |
| 02/16/2010 | PMT #3273. | -50,000.00 | -50,000.00 |
| 02/25/2010 | INV #1009. | 186,111.17 | 136,111.17 |

---

3314

**GREEN INVESTMENT GROUP, INC.**
P.O. BOX 249
ALTON, IL 62002

LIBERTY BANK
ALTON, ILLINOIS
70-2541-810

3/4/2010

$ **26,353.05

PAY TO THE ORDER OF    IntegroEnergy

Twenty-Six Thousand Three Hundred Fifty-Three and 05/100************************************************    DOLLARS

IntegroEnergy
P.O. Box 382
Worthing, SD 57077

AUTHORIZED SIGNATURE

MEMO   Invoice 1009

⑈003314⑈ ⑆081025415⑆ 001273080⑈

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 136,111.17 | 0.00 | 0.00 | 0.00 | $136,111.17 |

Exhibit 2, P5



**IntegroServices**
PO Box 382
Worthing, SD 57077

# Invoice

IntegroServices Group Inc.
1-605-372-8043 Office
1-801-761-4463 Fax

| Bill To |
|---|
| Green Investment Group, Inc.<br>PO Box 249<br>Alton, IL 62002 |

| Date | Invoice # |
|---|---|
| 6/29/2010 | 1022 |

| P.O. No. | Project |
|---|---|
|  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
|  | Engineering | Consulting work performed by Peter Bendorf during the month of July 2010 | 25,000.00 | 25,000.00 |
|  |  | Sales Tax | 6.00% | 0.00 |

3527

**GREEN INVESTMENT GROUP, INC.**
P.O. BOX 249
ALTON, IL 62002

LIBERTY BANK
ALTON, ILLINOIS
70-2541-810

7/7/2010

$ **25,000.00**

PAY TO THE ORDER OF   IntegroEnergy                                                      DOLLARS

Twenty Five Thousand and 00/100************

IntegroEnergy
P.O. Box 382
Worthing, SD 57077

*Picps A Hilliwell*
AUTHORIZED SIGNATURE

MEMO 1022

⑆003527⑆ ⑈081025415⑈ 0012730801⑈

| | Total | $25,000.00 |
|---|---|---|

Exhibit 2, P6



IntegroServices
PO Box 382
Worthing, SD 57077

# Statement

IntegroServices Group, Inc
Phone: 1-605-372-8043
Fax:    1-801-761-4463

To:
Green Investment Group, Inc.
PO Box 249
Alton, IL 62002

| Date |
|---|
| 10/29/2010 |

| | | Amount Due | Amount Enc. |
|---|---|---|---|
| | | $136,468.47 | |
| Date | Transaction | Amount | Balance |
| 12/31/2009 | Balance forward | | 0.00 |
| 02/16/2010 | PMT #3273. | -50,000.00 | -50,000.00 |
| 02/25/2010 | INV #1009. | 186,111.17 | 136,111.17 |
| 03/08/2010 | PMT #3314. | -26,353.05 | 109,758.12 |
| 03/30/2010 | INV #1013. | 25,039.10 | 134,797.22 |
| 04/19/2010 | PMT | -25,039.10 | 109,758.12 |
| 05/06/2010 | INV #1018. | 25,637.96 | 135,396.08 |
| 05/20/2010 | PMT #3431. | -25,637.96 | 109,758.12 |
| 06/01/2010 | INV #1020. | 26,076.77 | 135,834.89 |
| 06/21/2010 | PMT #3486. | -26,076.77 | 109,758.12 |
| 06/29/2010 | INV #1022. | 25,000.00 | 134,758.12 |
| 07/09/2010 | PMT #3527. | -25,000.00 | 109,758.12 |
| 07/30/2010 | INV #1023. | 26,204.15 | 135,962.27 |
| 08/12/2010 | PMT #3566. | -26,204.15 | 109,758.12 |
| 08/31/2010 | INV #1024. | 25,000.00 | 134,758.12 |
| 09/20/2010 | PMT #3640. | -25,000.00 | 109,758.12 |
| 09/30/2010 | INV #1025. | 27,140.98 | 136,899.10 |
| 10/22/2010 | PMT #3693. | -27,140.98 | 109,758.12 |
| 10/29/2010 | INV #2022. | 26,710.35 | 136,468.47 |

3717

GREEN INVESTMENT GROUP, INC.
P.O. BOX 249
ALTON, IL 62002

LIBERTY BANK
ALTON, ILLINOIS
70-2541-810

11/17/2010

TO THE
ORDER OF   IntegroServices                                          $**26,710.35

Twenty-Six Thousand Seven Hundred Ten and 35/100*********************************************   DOLLARS

IntegroServices
P.O. Box 382
Worthing, SD 57077

*Peggy A. Stillwell*
AUTHORIZED SIGNATURE

⑈003717⑈ ⑆081025415⑆ 001273080 ⑈

Exhibit 2, P7