UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| INTEGRO SERVICES GROUP, INC.,<br><br>             Plaintiff,<br><br>  vs.<br><br>GREEN INVESTMENT GROUP, INCORPORATED;<br>INDIGREEN, L.L.C.;<br>SERENITY ENTERPRISES, LTD.;<br>RAYMOND STILLWELL;<br>MARK SPIZZO; and<br>PEGGY STILLWELL,<br><br>             Defendants. | 4:11-CV-04183-KES<br><br><br>ORDER ON MOTION TO DISMISS |

During the March 21, 2016 status conference, the parties agreed the court could dismiss without prejudice defendants' motion to dismiss. Good cause appearing,

IT IS ORDERED that defendants' motion to dismiss (Docket 58) is dismissed without prejudice.

DATED this 22nd day of March 2016.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE