# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH DAKOTA
# SOUTHERN DIVISION

| | |
|---|---|
| INTEGRO SERVICES GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GREEN INVESTMENT GROUP, INC., INDIGREEN, LLC, SERENTIY ENTERPRISES, LTD, RAYMOND STILLWELL, MARK SPIZZO, and PEGGY STILLWELL, <br><br> Defendants. | CIV. 11-4183 <br><br> **JOINT MOTION TO ADD PARTY AND DISMISS PARTIES** |

COMES NOW Plaintiff, Integro Services Group, Inc., and Defendants Green Investment Group, Inc., IndiGreen, LLC, Serenity Enterprises, LTD, by and through their attorneys of record, and presents the following Joint Motion to Add Party and Dismiss Parties:

1. The parties hereto have resolved the issues related to this case in the United States Bankruptcy Court of the Southern District of Illinois.

2. A copy of the agreement stipulated to by the parties hereto is attached hereto as Attachment 1, and is incorporated herein by this reference.

3. The parties agreed, as set forth in Attachment 1, to add the party M2Green Redevelopment, LLC, ("M2Green") as a Defendant in this matter.

4. Defendant IndiGreen, LLC has delivered a Quit Claim Deed to property held in Carthage, Indiana, as well as a release of Mortgage secured by that land, to

Plaintiff.

5. The parties agreed to allow M2Green to give Plaintiff a note, obligating M2Green to pay the sum of $15,000.00 in twelve months, or, at the option of M2Green, to extend that obligation for an additional 12 months, for an additional payment of $5,000.00.

6. The parties agreed that if M2Green defaults on that obligation, that Plaintiff may immediately file a Confession of Judgment, which M2Green has executed and delivered to Plaintiff.

7. The Parties also agreed that the caption of this case be adjusted to the following:

*Integro Services Group, Inc. v. M2Green Redevelopment, LLC*

8. No further service is required at this time, the parties have stipulated as stated.

Dated this ___ day of June, 2016.

_____
Gary W. Schumacher

Counsel for Integro Services Group, Inc.

Dated this ___ day of June, 2016.

_____
Anthony M Hohn
Steven M. Wallace (*pro hac vice*)

Counsel to Green Investment Group, Incorporated, Indigreen, LLC, Serenity Enterprises, Ltd., Raymond Stillwell and Peggy Stillwell