UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| INTEGRO SERVICES GROUP, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>GREEN INVESTMENT GROUP, INC., INDIGREEN, LLC, SERENTIY ENTERPRISES, LTD, RAYMOND STILLWELL, MARK SPIZZO, and PEGGY STILLWELL,<br><br>Defendants. | CIV. 11-4183<br><br><br><br>JOINT MOTION TO ADD PARTY AND DISMISS PARTIES |

COME NOW the above-named Plaintiff, Integro Services Group, Inc., and the above-named Defendants Green Investment Group, Inc., IndiGreen, LLC, Serenity Enterprises, LTD, Raymond Stillwell and Peggy Stillwell, by and through their respective attorneys of record, and present the following Joint Motion to Add Party and Dismiss Parties:

1. The parties hereto have resolved the issues related to this case in the United States Bankruptcy Court of the Southern District of Illinois.

2. A copy of the agreement stipulated to by the parties hereto is attached hereto as Exhibit 1, and is incorporated herein by this reference.

3. The parties agreed, as set forth in Exhibit 1, to add the party M2Green Redevelopment, LLC, ("M2Green") as a Defendant in the above-captioned matter.

4. Defendant IndiGreen, LLC has delivered a Quit Claim Deed (*see* Exhibit

2) to real property held in Carthage, Indiana, as well as a release of a Mortgage secured by that land, to Plaintiff.

5.  As evidenced by the attached documents from the Assessor's Office for Rush County, Indiana (*see* Exhibit 3), one of the parcels described in the Quit Claim Deed by Defendant IndiGreen, LLC contains about 160.7 acres and has an assessed value of about **$75,900**, and a second parcel as described in said Quit Claim Deed contains about 33.2 acres and has an assessed value of about **$82,300**; with the aggregate assessed value of the two separate parcels being about **$158,200**. IndiGreen has fully performed its obligations under the parties' settlement, and nothing herein shall constitute a representation or warranty by IndiGreen concerning the value of the aforesaid property located in Rush County, Indiana.

6.  The parties have agreed to allow M2Green to give Plaintiff a note, obligating M2Green to pay the sum of **$15,000.00** in twelve months, or, at the option of M2Green, to extend that obligation for an additional 12 months, for an additional payment of **$5,000.00.**

7.  The parties have agreed that if M2Green defaults on that obligation, that Plaintiff may immediately file a Confession of Judgment, which M2Green has executed and delivered to Plaintiff.

8.  The Parties also agreed that the caption of this case be amended to the following:

*Integro Services Group, Inc. v. M2Green Redevelopment, LLC*

9.  The parties agree that this Joint Motion to Add Party and Dismiss Parties

and the related Confession of Judgment shall be governed by the laws of the State of South Dakota. Any legal proceeding relating to this Joint Motion to Add Party and Dismiss Parties and the related Confession of Judgment shall be brought exclusively in the Second Judicial Circuit Court, Sioux Falls, Minnehaha County, South Dakota, or in the United States District Court for the District of South Dakota at Sioux Falls, South Dakota, and both parties hereto consent to the jurisdiction of said courts, as well as such venue as described.

10. No further notice or opportunity to be heard is required at this time, as the parties have stipulated as stated herein.

Dated this 11th day of August, 2016.

WILKINSON & WILKINSON

Gary W. Schumacher
103 Joliet Avenue SE
P.O. Box 29
De Smet, South Dakota 57231
(605) 854-3378  telephone
(605) 854-9006  facsimile
gary@wslawfirm.net
*Attorneys for Plaintiff, Integro Services Group, Inc.*

Dated this __11__ day of August, 2016.

                                       DAVENPORT EVANS HURWITZ & SMITH, LLP

                                       /s/ Anthony M. Hohn
                                       Anthony M. Hohn
                                       206 West 14th Street
                                       P.O. Box 1030
                                       Sioux Falls, SD 57101
                                       Telephone: (605) 336-2880
                                       Email: ahohn@dehs.com

                                       Steven M. Wallace (*pro hac vice*)
                                       HeplerBroom, LLC
                                       130 North Main Street
                                       Edwardsville, Illinois 62025
                                       Direct: (618) 307-1185
                                       Fax: (618) 656-1364
                                       Email: steven.wallace@heplerbroom.com

                                       *Attorneys for Green Investment Group, Incorporated, Indigreen, LLC, Serenity Enterprises, Ltd., Raymond Stillwell and Peggy Stillwell*