UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| INTEGRO SERVICES GROUP, INC.,<br>Plaintiffs,<br><br>vs.<br><br>GREEN INVESTMENT GROUP, INC., INDIGREEN, L.L.C., SERENITY ENTERPRISES, LTD., RAYMOND STILLWELL, MARK SPIZZO, PEGGY STILLWELL, and M2GREEN REDEVELOPMENT, L.L.C.,<br><br>Defendants. | 4:11-CV-4183-KES<br><br><br><br>JUDGMENT OF DISMISSAL |

Pursuant to the parties' joint motion for dismissal (Docket 83), it is

ORDERED, ADJUDGED, AND DECREED that the above-entitled action is dismissed as to defendants Green Investment Group, Inc., Indigreen, L.L.C., Serenity Enterprises, Ltd., Raymond Stillwell, Mark Spizzo, and Peggy Stillwell without costs to any of the parties. It is further

ORDERED, ADJUDGED, AND DECREED that the above-entitled action is dismissed as to defendant M2Green Redevelopment, L.L.C., without prejudice and without costs to either of the parties. The court retains jurisdiction over this matter to enforce the settlement agreement between Integro Services Group, Inc. and M2Green Redevelopment, L.L.C.

Dated August 16, 2016.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE